Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL X

| | | |
|---|---|---|
| UNITED SURETY & INDEMNITY COMPANY<br><br>Demandante - Apelado<br><br>V.<br><br>SKY HIGH ELEVATOR CORP.<br><br>Co Demandado – Apelado<br><br>LUIS J. COSTAS RUSSELL<br><br>**Co-Demandado – Apelante**<br><br>LUIS BERRÍOS Y OTROS<br><br>Demandados - Apelados | KLAN202400218 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2022CV04989<br><br>Sobre: Cobro de Dinero – Ordinario, Incumplimiento de Contrato |

Panel integrado por su presidenta; la Juez Lebrón Nieves, la Juez Barresi Ramos y la Jueza Santiago Calderón

*Lebrón Nieves, Juez Ponente*

## SENTENCIA

En San Juan, Puerto Rico, a 22 de abril de 2024.

Examinada la *Moción de Desistimiento* presentada por la parte apelante Luis J. Costas Russell el 19 de abril de 2024, este Tribunal declara Ha Lugar la misma, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(A), por lo que se ordena el archivo definitivo de esta causa.

Notifíquese.

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN2024 _____